# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

**Bill To:**
Customer Name
Customer Address
City, State, Zip                 , ,

**For Project**
nywd King Buffet, 17-cv-00656

| Employee | Date | Work Description | Billable | Rate | Fees |
|---|---|---|---|---|---|
| JOHN TROY9 | 04/19/17 | Review Client Evidence Check | 0.15 | 450 | 67.50 |
| JOHN TROY9 | 04/19/17 | Draft & Sign Retainer Agreement to Defendants | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 04/19/17 | Review Client Evidence Name Card + Paystub | 0.25 | 450 | 112.50 |
| JOHN TROY9 | 04/19/17 | Initial Telephone Conference with Plaintiff(s) Yu, Zhao Hua | 0.30 | 450 | 135.00 |
| JOHN TROY9 | 04/20/17 | Meet with Client(s) - Intakes | 2.20 | 450 | 990.00 |
| JOHN TROY9 | 04/20/17 | Create Binder, Set Up/Key in Database | 1.30 | 450 | 585.00 |
| Bella Ho3 | 04/26/17 | Case Timeline: Statute of Limitations, Plaintiff(s), and Corporate Defendant(s) | 0.50 | 150 | 75.00 |
| Bingyu Huang3 | 04/27/17 | Damage Calculation Yu, Zhaohua | 1.40 | 150 | 210.00 |
| JOHN TROY9 | 04/30/17 | Research: Dft Website | 0.75 | 450 | 337.50 |
| JOHN TROY9 | 04/30/17 | Research: Lexis Nexis /Legal /Others | 1.30 | 450 | 585.00 |
| JOHN TROY9 | 04/30/17 | Research: ABC Board on Liquor Licensese | 0.40 | 450 | 180.00 |
| JOHN TROY9 | 04/30/17 | Research: Property at Addresses Known via Libor Acris PropertyShark | 0.40 | 450 | 180.00 |
| JOHN TROY9 | 04/30/17 | Case Location Entry: Site Visit Preparation, Miles from Office | 0.50 | 450 | 225.00 |
| Bingyu Huang3 | 04/30/17 | Case Timeline: Statute of Limitations, Plaintiff(s), and Corporate Defendant(s) | 0.50 | 150 | 75.00 |
| JOHN TROY9 | 04/30/17 | Research: DMV/ Vehicle Plate Number | 0.40 | 450 | 180.00 |
| JOHN TROY9 | 04/30/17 | Defendant Website Research: Yelp/ Grubhub/ MenuPages/ Delivery.com/ FB/web | 2.25 | 450 | 1012.50 |
| JOHN TROY9 | 05/01/17 | Prepare and Sign Retainer with Client(s) - retainer | 0.90 | 450 | 405.00 |
| Bingyu Huang3 | 05/05/17 | Draft Damages Calculation Chart | 1.40 | 150 | 210.00 |
| Bingyu Huang3 | 05/05/17 | Revise Damages Calculation Yu, Zhaohua | 1.00 | 150 | 150.00 |
| JOHN TROY9 | 05/06/17 | Revise Damages Calculation Chart(s) | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 05/06/17 | Research: Search Corp & Biz Entity Database | 1.30 | 450 | 585.00 |
| JOHN TROY9 | 06/05/17 | Research: Property in Defendants Name via Libor Acris PropertyShark | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 06/13/17 | Telephone Confer Client RE Settle Demand Letter | 0.33 | 450 | 148.50 |
| JOHN TROY9 | 06/13/17 | Draft Settlement Letter to Defendants | 0.60 | 450 | 270.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

*We always appreciate your business!*

TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Bella Ho3 | 06/18/17 | Telephone Confer Client RE Case Status YU, ZHAOHUA | 0.25 | 150 | 37.50 |
| JOHN TROY9 | 06/28/17 | Request and Obtain Certificate of Good Standing | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 07/03/17 | Draft and Sign Cover Letter | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 07/03/17 | Draft and Sign CM/ ECF Form | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 07/03/17 | Draft and Sign Attorney Data Base Information Form | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 07/03/17 | Draft and Sign Civil Principles' Oath | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 07/03/17 | Draft and Sign Attorney's Oath | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 07/03/17 | Draft the Complaint | 4.50 | 450 | 2025.00 |
| JOHN TROY9 | 07/16/17 | Review the Complaint | 0.80 | 450 | 360.00 |
| JOHN TROY9 | 07/17/17 | Finalize the Complaint, Summons & Civil Cover Sheet USDC | 0.90 | 450 | 405.00 |
| JOHN TROY9 | 07/17/17 | File the Complaint, Summons & Civil Cover Sheet USDC | 3.50 | 450 | 1575.00 |
| JOHN TROY9 | 07/17/17 | Telephone Confer Client RE D Identity | 1.00 | 450 | 450.00 |
| Bella Ho3 | 07/17/17 | Set Up the Text Message, WeChat & Line  -YU, ZHAOHUA | 1.40 | 150 | 210.00 |
| Tina Chen2 | 07/18/17 | Case Location Entry: Site Visit Preparation, Miles from Office | 0.50 | 100 | 50.00 |
| JOHN TROY9 | 07/19/17 | Review the Court Notice with AO 85 Consent to a Magistrate Judge | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 07/19/17 | Review Mediation Referral Order FLSA sdny | 0.33 | 450 | 148.50 |
| JOHN TROY9 | 07/19/17 | Review District Judge Individual Practices | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 07/20/17 | Re-search Corp & Biz Entity Database | 1.00 | 450 | 450.00 |
| JOHN TROY9 | 07/20/17 | Review Answer to the complaint, AD, CC & Jury Demand | 2.10 | 450 | 945.00 |
| JOHN TROY9 | 07/31/17 | Prepare copies to Serve Summons & Complaint | 0.40 | 450 | 180.00 |
| JOHN TROY9 | 08/04/17 | ECF Proof of Service | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 08/07/17 | Telephone Confer Client RE Additional Work Details; Owed Wages for Last Month | 0.75 | 450 | 337.50 |
| Bingyu Huang3 | 08/07/17 | Telephone Conference with Plaintiff(s) Tina | 0.17 | 150 | 25.50 |
| JOHN TROY9 | 08/11/17 | Telephone Confer Client | 0.33 | 450 | 148.50 |
| JOHN TROY9 | 08/11/17 | Meeting with clients - Case Status | 1.00 | 450 | 450.00 |
| JOHN TROY9 | 08/14/17 | Intial Contact with OC | 0.25 | 450 | 112.50 |
| JOHN TROY9 | 08/17/17 | Review Notice of Appearance Brian Fredericks for all Defs | 0.10 | 450 | 45.00 |
| Adam Dong0 | 08/18/17 | communicate with client re settlement, draft email to OC re settlment | 0.75 | 0 | 0.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

*We always appreciate your business!*

# Invoice

**TROY LAW, PLLC**

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| George Byun5 | 08/24/17 | download, data entry, review OC's letter to court, review settlement agreement, review motion to substitute counsel by Plf | 0.50 | 250 | 125.00 |
| George Byun5 | 08/26/17 | Reviewing (Editing and Commenting) the letter re: Settlement | 0.40 | 250 | 100.00 |
| George Byun5 | 08/28/17 | Drafting letter opposition to approval of settlement | 1.00 | 250 | 250.00 |
| George Byun5 | 08/28/17 | review, data entry, download | 0.05 | 250 | 12.50 |
| Aaron Schweitzer5 | 08/29/17 | Reviewing, editing, adding to opposition to approval of settlement | 1.25 | 250 | 312.50 |
| Aaron Schweitzer5 | 08/29/17 | Filing opposition to approval of settlement | 0.17 | 250 | 42.50 |
| Aaron Schweitzer5 | 08/29/17 | Case management | 0.08 | 250 | 20.00 |
| JOHN TROY9 | 01/07/18 | Update Clients RE Settlement Details | 2.00 | 450 | 900.00 |
| JOHN TROY9 | 01/12/18 | Request OC Consent for Fairness Submission Extension | 0.10 | 450 | 45.00 |
| JOHN TROY9 | 01/12/18 | Draft and File Fairness Submission Extension | 0.10 | 450 | 45.00 |
| JOHN TROY9 | 01/12/18 | Negotiate with OC Re Settle Details | 0.33 | 450 | 148.50 |
| JOHN TROY9 | 01/14/18 | Confer Client RE Settle Status | 0.23 | 450 | 103.50 |
| JOHN TROY9 | 01/14/18 | Confer Client RE Settle Status | 0.27 | 450 | 121.50 |
| JOHN TROY9 | 01/15/18 | Confer Client RE Settle Agreement | 1.75 | 450 | 787.50 |
| JOHN TROY9 | 01/15/18 | Finalize Settle Details; Email OC Clean Copy | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 01/19/18 | Confer Client RE Settle Status | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 01/22/18 | Confer OC RE Settle Signing Status; Joint Fairness | 0.10 | 450 | 45.00 |
| JOHN TROY9 | 02/07/18 | Confer OC RE Unclear Pages of SA | 0.15 | 450 | 67.50 |
| JOHN TROY9 | 02/15/18 | Submit Joint Fairness with Settle Agreement, damage calc and invoice | 0.33 | 450 | 148.50 |
| | | | | Total Billables | **$19,883.00** |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing, NY 11355
(718) 762-1324 | troylaw@troypllc.com

| Expense Description | Expense Date | Expense Amount |
|---|---|---|
| Certificate of Good Standing EDNY | 06/30/17 | $19.00 |
| Admission of Attorney to Practice WDNY | 07/01/17 | $200.00 |
| 103 Postage and Envelope RE Admission of Attorney to Practice WDNY | 07/03/17 | $0.51 |
| cplt filing fee | 07/17/17 | $400.00 |
| 103 Postage and Envelope RE 020 Serve Summons & Complaint | 07/31/17 | $0.51 |
| 020 Serve Summons & Complaint -WEN JUAN PAN | 07/31/17 | $117.72 |
| 020 Serve Summons & Complaint -JINZHOU SHI | 07/31/17 | $117.72 |
| 020 Serve Summons & Complaint -XIU YAN ZHANG | 07/31/17 | $117.72 |
| 020 Serve Summons & Complaint -JOHN DOE CORP | 07/31/17 | $117.72 |
| 020 Serve Summons & Complaint -298 SOUTH CASCADE SPRINGVILLE, INC | 07/31/17 | $117.72 |
| 020 Serve Summons & Complaint -KING BUFFET IN SPRINGVILLE, INC. | 07/31/17 | $117.72 |
| WDNY Court Appearance Harvey Sanders | 10/19/17 | $500.00 |
| | **Total Expenses** | **$1,826.34** |

| | |
|---|---|
| Total Billables | $19,883.00 |
| Total Expenses | $1,826.34 |
| Total Payments | $0.00 |
| Outstanding | $21,709.34 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!